[Names of Counsel appear on signature page]

The Honorable William Fremming Nielsen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION | MASTER FILE NO. CV-91-3015-WFN<br><br>~~PROPOSED~~ ORDER TO DISMISS CERTAIN *EVENSON* PLAINTIFFS WITH PREJUDICE |
| This document relates to: All Cases | |
| And to: *Evenson*, CV-90-3067-WFM | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

The Court has reviewed the Motion to Dismiss Certain *Evenson* Plaintiffs With Prejudice, and is fully aware of the facts.

IT IS ORDERED:

1. The Motion to Dismiss Certain *Evenson* Plaintiffs With Prejudice is HEREBY GRANTED.

2. The ten plaintiffs listed on Exhibit A herein are dismissed with prejudice.

3. The Law Offices of Tom H. Foulds will mail a copy of this Order to each listed plaintiff (or their representative).

PROPOSED ORDER TO DISMISS
CERTAIN *EVENSON* PLAINTIFFS WITH
PREJUDICE  Page - 1

Tom H. Foulds and Associated Counsel
703 6th Avenue North
Seattle, WA 98109

1  Prepared by Tom H. Foulds this 15th day of August, 2005.

2

3                              s/ Tom H. Foulds
4                              WSBA #1960
                               Attorney for the Evenson Plaintiffs
5                              Tom H. Foulds & Associated Counsel
6                              703 Sixth Avenue North
                               Seattle, WA 98109
7                              Telephone:  (206) 285-8390
8                              Fax:   (206) 285-8494
                               Email:  tomfoulds@gmail.com
9

10

11
    Dated this __17__ day of __Aug__, 2005.
12

13

14
                               _____
15                             THE HON. WM. FREMMING NIELSEN
16                             SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER TO DISMISS
CERTAIN *EVENSON* PLAINTIFFS WITH              Tom H. Foulds and Associated Counsel
PREJUDICE   Page - 2                                    703 6th Avenue North
                                                         Seattle, WA 98109

# Exhibit A

Plaintiffs (or their representative) who have signed a certified mail return receipt for the letter of May 27, 2005:

ARNOLD, LELAND L.

BERNARD, BENNIE V. (receipt signed by Dorothy Pruett, personal representative)

CARPENTER, DIXIE ANN

CLIBER, CECIL L.

CUPPLES, TERRY

FISK, LOIS M. JEGLIN

HERDRICH, M. SUSAN


Plaintiffs (or their representative) who have signed a "Voluntary Consent for Dismissal with Prejudice":

HEDLUND, GWENA R.

MULVEY, CHARLES A. (consent signed by Jean Mulvey, surviving spouse)

SCANLON, JACQUELINE A.

PROPOSED ORDER TO DISMISS
CERTAIN *EVENSON* PLAINTIFFS WITH
PREJUDICE  Page - 3

Tom H. Foulds and Associated Counsel
703 6th Avenue North
Seattle, WA 98109