UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: Hanford Nuclear Reservation Litigation, | NO.   CV-91-3015-WFN<br><br>ORDER GRANTING MOTION TO DISMISS CERTAIN *EVENSON* PLAINTIFFS WITH PREJUDICE AND WITHDRAWAL OF COUNSEL |

**This Order also Relates to:   CY-90-3067-WFN**

Before the Court is a Motion to Dismiss Certain [*Evenson*] Plaintiffs with Prejudice and Notice of Withdrawal of Counsel, filed by Thomas Foulds on October 13, 2006 (Ct. Rec. 2248 and Praecipe, Ct. Rec. 2249, filed October 17, 2006).  No response has been filed to the Motion in the time established by Local Rule.  The intent of the Motion is that ten (10) Plaintiffs listed on Exhibit A are to be dismissed with prejudice and the *Evenson* counsel will withdraw representation of these Plaintiffs.  The Motion represents that "[n]one of the plaintiffs listed on Exhibit A have elected to do anything other than to accept being dismissed with prejudice."  Motion filed 10/13/06 (Ct. Rec. 2248-1) p. 2, ll. 2-4.

The Motion also intends that the *Evenson* counsel will be withdrawing representation for the single Plaintiff listed on Exhibit B, Jay Mullen, who will be represented by new counsel.  A Substitution of Counsel for Plaintiff Jay Mullen was filed by Vicki M. Smith on October 23, 2006 (Ct. Rec. 2250).

A proposed Order was submitted by counsel but it failed to Attach Exhibits A and B that were referenced in the Order.   The Court has reviewed the file and the Motion and is fully informed.  Accordingly,

ORDER GRANTING MOTION TO DISMISS CERTAIN *EVENSON* PLAINTIFFS
WITH PREJUDICE  AND WITHDRAWAL OF COUNSEL - 1

**IT IS ORDERED** that:

1. The Motion to Dismiss Certain [*Evenson*] Plaintiffs with Prejudice and Notice of Withdrawal of Counsel as to Plaintiffs listed on Exhibit A, Ct. Rec. 2248, is **GRANTED**. The claims of the following Plaintiffs listed on Exhibit A of the Motion (Ct. Rec. 2249), are **DISMISSED WITH PREJUDICE** and *Evenson* counsel shall be shown as having withdrawn representation of these Plaintiffs:

> Cowles, Pauline
> Davis, Dorothy
> Desautel, Yvonne M.
> Dimitrov, Dianne B.
> Draggoo, Stephan S.
> Hakala, Virginia
> Helgeson, Evelyn R.
> Krause, Rosetta May
> McCormick, Peggie L.
> West, Virginia A.

2. The Notice of Withdrawal of Counsel as to the Jay Mullen, listed on Exhibit B, **Ct. Rec. 2248**, is **GRANTED**. The *Evenson* counsel shall be shown as having withdrawn representation as to Jay Mullen who is listed on Exhibit B to the Motion.

3. *Evenson* counsel are requested to attach the Exhibits referenced in future proposed orders to the proposed order.

The District Court Executive is directed to:

- File this Order in the captioned case and in CY-90-3067-WFN; and
- Provide copies of this Order to counsel; Mediator Gary Bloom; **AND TO** all pro se Plaintiffs including Noreen L. Wynne, Carmela M. Destito-Buttice (for late John P. Destito, Jr.), Marylin F. Mlnarik, and Kerry L. Todd.

ORDER GRANTING MOTION TO DISMISS CERTAIN *EVENSON* PLAINTIFFS
WITH PREJUDICE AND WITHDRAWAL OF COUNSEL - 2

1   **DATED** this 9th day of November, 2006.

2

3                                       s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
4   11-0906                             SENIOR UNITED STATED DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS CERTAIN *EVENSON* PLAINTIFFS
WITH PREJUDICE  AND WITHDRAWAL OF COUNSEL - 3