UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER |

This matter having come before the Court on the parties' agreed motion, and after due consideration,

**IT IS ORDERED** that the claims of Plaintiff Andrea C. Richardson are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to Liaison Counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Carmela M. Destito-Buttice (for late John P. Destito, Jr.), Marylin F. Mlnarik, and Kerry L. Todd.

**DATED** this 25th day of June, 2009.

                                                s/ Wm. Fremming Nielsen
                                                WM. FREMMING NIELSEN
06-2509                              SENIOR UNITED STATED DISTRICT JUDGE

ORDER