UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDITH ROSEMAN, et al., <br>     Plaintiff, <br> -vs- <br> GENERAL ELECTRIC CO., <br>     Defendant. | NO. CV-91-3045-WFN |
| SANDRA L. EVENSON, et al., | NO. CV-90-3067-WFN |
| KATHRYN HAMILTON, et al., | NO. CV-90-3069-WFN |
| E.S. CRISWELL, et al., | NO. CV-90-3106-WFN |
| JEANNE JAROS, et al., | NO. CV-90-3107-WFN |
| CHUCK SEAMAN, et al., | NO. CV-91-3080-WFN |
| ROSEMARY MILLER, et al., | NO. CV-92-3069-WFN |
| BARBARA THOMSON, et al., | NO. CV-94-3067-WFN |
| IN RE: LOUIS BERG, et al., | NO. CV-96-3151-WFN |
| BARBARA J. ARQUETTE JIM, et al., | NO. CV-97-3061-WFN |
| NED CHARLES LUMPKIN, et al., <br>     Plaintiffs, <br> -vs- <br> E.I. DUPONT De NEMOURS & CO., et al., <br>     Defendants. | NO. CV-00-5052-WFN <br><br> **CONSOLIDATION ORDER** |

**This Order shall also be filed in CV-91-3015-WFN**

CONSOLIDATION ORDER - 1

1  At the status conference held July 21, 2009 in *In Re Hanford Nuclear Reservation Litigation*, CV-91-3015-WFN, the Court ordered all of the above-captioned cases be consolidated for all pretrial and trial purposes into CV-91-3015-WFN.  In addition, the Court ordered that the underlying cases would be closed, subject to reopening for good cause.

This Order is entered to consolidate and close the individual cases.  Accordingly,

**IT IS ORDERED** that:

1.  All of the above-captioned cases are **CONSOLIDATED** for all pretrial and trial purposes **into CV-91-3015-WFN**.

2.  Each of the above-captioned cases shall be **CLOSED**, subject to reopening for good cause.

The District Court Executive shall file this Order in each of the above-captioned cases as well as in CV-91-3015-WFN and provide copies to counsel of record, Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Carmela M. Destito-Buttice (for late John P. Destito, Jr.), Marylin F. Mlnarik and Kerry Todd.

**DATED** this 23rd day of July 2009.

                                                              s/ Wm. Fremming Nielsen
                                                           WM. FREMMING NIELSEN
H\O\072309                           SENIOR UNITED STATES DISTRICT JUDGE

CONSOLIDATION ORDER - 2