1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7
8
9
10

IN RE HANFORD NUCLEAR
RESERVATION LITIGATION

)
)
)
)
)
)
)

MASTER FILE NO. CV-91-3015-WFN

**ORDER**

11
12
13

This matter having come before the Court on the parties' agreed motion, and after due consideration, **IT IS ORDERED** that:

14
15

The claims of plaintiff Margaret Haak are **DISMISSED WITH PREJUDICE**.

16
17
18

**DATED** this day: August 27, 2009

s/ Wm. Fremming Nielsen
Hon. Wm. Fremming Nielsen
Senior United States District Judge

19
20
21
22
23
24
25
26
27
28