1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

IN RE HANFORD NUCLEAR
RESERVATION LITIGATION

)
)
)
)
)
)
)
)

MASTER FILE NO. CV-91-3015-WFN

**ORDER**

This matter having come before the Court on the parties' agreed motion, and after due consideration, **IT IS ORDERED** that:

The claims of plaintiff Gloria Hue Bobb are **DISMISSED WITH PREJUDICE**.

**DATED** this day: August 27, 2009

s/ Wm. Fremming Nielsen

Hon. Wm. Fremming Nielsen
Senior United States District Judge