UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

|  |  |  |
|---|---|---|
| | ) | MASTER FILE NO. CV-91-3015-WFN |
| | ) | |
| | ) | |
| | ) | |
| IN RE HANFORD NUCLEAR | ) | **ORDER** |
| | ) | |
| RESERVATION LITIGATION | ) | |
| | ) | |

This matter having come before the Court on the parties' agreed motion, and after due consideration, **IT IS ORDERED** that:

The claims of plaintiff Ronald Babick are **DISMISSED WITH PREJUDICE**.


**DATED** this day: 9/21/2009                    s/ Wm. Fremming Nielsen
                                                 Hon. Wm. Fremming Nielsen
                                                 Senior United States District Judge