UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION | MASTER FILE NO. CV-91-3015-WFN<br><br>**ORDER** |

    This matter having come before the Court on the parties' agreed motion, and after due consideration, **IT IS ORDERED** that:

    The claims of plaintiff Kathy Butler are **DISMISSED WITH PREJUDICE**.

**DATED** this day: 3/8/10

s/Wm. Fremming Nielsen
Hon. Wm. Fremming Nielsen
Senior United States District Judge