UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

IN RE HANFORD NUCLEAR RESERVATION LITIGATION

MASTER FILE NO. CV-91-3015-WFN

**ORDER**

This matter having come before the Court on the parties' agreed motion, and after due consideration, **IT IS ORDERED** that:

The claims of plaintiff Alma Hemness are **DISMISSED WITH PREJUDICE**.

**DATED** this day: 3/8/10

s/ Wm. Fremming Nielsen
Hon. Wm. Fremming Nielsen
Senior United States District Judge