UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | ) ) ) ) ) ) ) ) | NO.   CV-91-3015-WFN<br><br>ORDER |

This matter having come before the Court on the parties' Agreed Motion, and after due consideration, it is hereby

**ORDERED** that the:

1. The parties's Agreed Motion to Dismiss with Prejudice, filed April 23, 2010, **Ct. Rec. 2500**, is **GRANTED**.

2. The claims of Plaintiff **Susan West** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Kerry L. Todd (deceased) and Frederick W. Nelson.

**DATED** this 23rd day of April, 2010.

04-2310

                                          s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
                          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1