UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO. CV-91-3015-WFN<br><br>ORDER DISMISSING CLAIMS OF KATHLEEN WALKER WITH PREJUDICE |

Pending before the Court is the parties' Joint Motion to Dismiss (Ct. Rec. 2602). The parties have reached a settlement. The Court has reviewed the file and the Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Joint Motion to Dismiss, filed September 7, 2010, **Ct. Rec. 2602,** is **GRANTED**.

2. The claims of Plaintiff Kathleen Walker are **DISMISSED WITH PREJUDICE.**

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, Linda K. Harris and Richelle A. Hendrix.

**DATED** this 8th day of September, 2010.

09-0710d

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE