UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION | MASTER FILE NO. CV-91-3015-WFN <br><br> **ORDER** |

This matter having come before the Court on the parties' agreed motion, and after due consideration, **IT IS ORDERED** that:

The claims of plaintiff Richard Hastings are **DISMISSED WITH PREJUDICE**.

**DATED** this day: October 5, 2010     _s/ Wm. Fremming Nielsen_
Hon. Wm. Fremming Nielsen
Senior United States District Judge