UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER |

This matter having come before the Court on the parties' agreed motion, and after due consideration, **IT IS ORDERED** that:

The claims of Plaintiff William Howard are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, Linda K. Harris, and Richelle A. Hendrix.

**DATED** this 19th day of October, 2010.

　　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
10-19-1　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER