UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR<br>RESERVATION LITIGATION, | NO.    CV-91-3015-WFN<br><br>ORDER DISMISSING JOSEPHINE<br>TRAVIS CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed motion, and after due consideration, **IT IS ORDERED** that:

The claims of Plaintiff Joseph Travis are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, Linda K. Harris, and Richelle A. Hendrix.

**DATED** this 1st day of November, 2010.


                                                          s/ Wm. Fremming Nielsen
                                            _____
11-01-10-5                                          WM. FREMMING NIELSEN
                                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER