UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN <br><br> ORDER DISMISSING DIANE COTTAM'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' Agreed Motion, filed November 3, 2010, **ECF No. 2641**, and after due consideration,

**IT IS ORDERED** that the claims of Plaintiff Diane Cottam are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, Linda K. Harris, and Richelle A. Hendrix.

**DATED** this 4th day of November, 2010.

11-04-10-1

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER