UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: HANFORD NUCLEAR
RESERVATION LITIGATION,

)
)
)
)
)
)
)
)

NO.    CV-91-3015-WFN

ORDER DISMISSING LARRY WISE'S
CLAIMS WITH PREJUDICE

This matter having come before the Court on the parties' Agreed Motion, filed November 3, 2010, **ECF No. 2645**, and after due consideration,

**IT IS ORDERED** that the claims of Plaintiff Larry Wise are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, Linda K. Harris, and Richelle A. Hendrix.

**DATED** this 4th day of November, 2010.


_____
s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

11-04-10-6

ORDER