UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: HANFORD NUCLEAR )      NO.    CV-91-3015-WFN
RESERVATION LITIGATION, )
)
)      ORDER DISMISSING CLAIMS OF
)      VIRGINIA ABRAHAM
)
)

This matter having come before the Court on the parties' agreed motion, and after due consideration, **IT IS ORDERED** that the claims of Virginia Abraham are **dismissed with prejudice**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, Linda K. Harris, and Richelle A. Hendrix.

**DATED** this 8th day of December, 2010.

                                            s/ Wm. Fremming Nielsen
                                            WM. FREMMING NIELSEN
12-0910b                          SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CLAIMS
OF VIRGINIA ABRAHAM - 1