UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | ) ) ) ) ) ) ) ) | NO.    CV-91-3015-WFN<br><br>ORDER DISMISSING CLAIMS OF LINDA HARRIS |

This matter having come before the Court on *pro se* Plaintiff Linda Harris's Motion, and after due consideration, **IT IS ORDERED** that the claims of Linda Harris are **dismissed with prejudice**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, Linda K. Harris, and Richelle A. Hendrix.

**DATED** this 9th day of December, 2010.


                                                                    s/ Wm. Fremming Nielsen
                                                    _____
12-0910                                             WM. FREMMING NIELSEN
                                                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CLAIMS
OF LINDA HARRIS - 1