1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

6
7
8
9
10

| | | |
|---|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | ) ) ) ) ) ) ) ) ) | NO.    CV-91-3015-WFN<br><br>ORDER DISMISSING JACK MOORMAN'S CLAIMS WITH PREJUDICE |

11    This matter having come before the Court on the parties' Agreed Motion, and after due

12 consideration, it is hereby

13    **ORDERED** that the claims of Plaintiff Jack Moorman are **DISMISSED WITH**

14 **PREJUDICE**.

15    The District Court Executive is directed to file this Order and provide copies to

16 counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F.

17 Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

18    **DATED** this 26th day of January, 2011.

19
20
21

                                    s/ Wm. Fremming Nielsen
                                    WM. FREMMING NIELSEN
01-2611a                            SENIOR UNITED STATES DISTRICT JUDGE

22
23
24
25
26

ORDER DISMISSING JACK MOORMAN'S
CLAIMS WITH PREJUDICE