UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.    CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFF AGNES L. BERGSTROM'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed March 15, 2011, **ECF No. 2690**, is **GRANTED**.  The claims of Plaintiff Agnes L. Bergstrom are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

**DATED** this 16th day of March, 2011.


s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

03-16-11

ORDER DISMISSING PLAINTIFF
AGNES L. BERGSTROM CLAIMS
WITH PREJUDICE