UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: HANFORD NUCLEAR
RESERVATION LITIGATION,

)
)
)
)
)
)
)
)
)

NO.    CV-91-3015-WFN

ORDER DISMISSING PLAINTIFF
THOMAS L. MCKEE'S CLAIMS
WITH PREJUDICE

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed March 15, 2011, **ECF No. 2691**, is **GRANTED**.  The claims of Plaintiff Thomas L. McKee are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

**DATED** this 16th day of March, 2011.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

03-16-11

ORDER DISMISSING PLAINTIFF
THOMAS L. MCKEE'S CLAIMS
WITH PREJUDICE