1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

6
7
8
9
10

|  |  |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.    CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFF KENNETH R. ROATH'S CLAIMS WITH PREJUDICE |

11      This matter having come before the Court on the parties' agreed Motion, and after due
12  consideration,

13      **IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed March 15, 2011,
14  **ECF No. 2692**, is **GRANTED**.  The claims of Plaintiff Kenneth R. Roath are **DISMISSED**
15  **WITH PREJUDICE**.

16      The District Court Executive is directed to file this Order and provide copies to
17  counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F.
18  Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

19      **DATED** this 16th day of March, 2011.

20
21                                          s/ Wm. Fremming Nielsen
22  03-15-11b                          WM. FREMMING NIELSEN
                                        SENIOR UNITED STATES DISTRICT JUDGE
23
24
25
26

ORDER DISMISSING PLAINTIFF
KENNETH R. ROATH'S CLAIMS
WITH PREJUDICE