UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | ) ) ) ) ) ) ) ) ) |

NO.    CV-91-3015-WFN

ORDER DISMISSING PLAINTIFF EMMA L. SCHUMACHER'S CLAIMS WITH PREJUDICE

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed March 30, 2011, **ECF No. 2697**, is **GRANTED**.  The  claims of Plaintiff Emma L. Schumacher are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

**DATED** this 7th day of April, 2011.

s/ Wm. Fremming Nielsen
_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

04-04-11

ORDER DISMISSING PLAINTIFF
EMMA L. SCHUMACHER'S
CLAIMS WITH PREJUDICE