UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFF THELMA L. CHAMBERS CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' Agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed May 24, 2011, **ECF No. 2733**, is **GRANTED**. The claims of Plaintiff Thelma L. Chambers are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

**DATED** this 24th day of May, 2011.

05-24-11-2

                                       s/ Wm. Fremming Nielsen
                                       WM. FREMMING NIELSEN
                                       SENIOR UNITED STATES DISTRICT JUDGE