1

2

3

4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

5

6

7   IN RE: HANFORD NUCLEAR
    RESERVATION LITIGATION,

8

9

10

|   |   |
|---|---|
| ) | NO.    CV-91-3015-WFN |
| ) |   |
| ) |   |
| ) | ORDER DISMISSING PLAINTIFF |
| ) | CRUZ CAVAZOS' CLAIMS WITH |
| ) | PREJUDICE |
| ) |   |

11      This matter having come before the Court on the parties' agreed Motion, and after due

12   consideration,

13      **IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed June 1, 2011, **ECF**

14   **No. 2738**, is **GRANTED**.  The  claims of Plaintiff Cruz Cavazos are **DISMISSED WITH**

15   **PREJUDICE**.

16      The District Court Executive is directed to file this Order and provide copies to

17   counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F.

18   Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

19      **DATED** this 7th day of June, 2011.

20

21                                    s/ Wm. Fremming Nielsen

22   06-06-11-1                         WM. FREMMING NIELSEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

26

ORDER DISMISSING PLAINTIFF CRUZ
CAVAZOS' CLAIMS WITH PREJUDICE