UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO. CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFF ROBERT D. WAGONER'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Mr. Wagoner's Motion, and after due consideration,

**IT IS ORDERED** that the Mr. Wagoner's Motion to Dismiss, filed July 19, 2011, **ECF No. 2775**, is **GRANTED**. The claims of Plaintiff Robert D. Wagoner a/k/a Robert Wagoner are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

**DATED** this 20th day of July, 2011.

07-19-11-2

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF ROBERT D. WAGONER'S CLAIMS WITH PREJUDICE