1

2

3

4                      UNITED STATES DISTRICT COURT

5                      EASTERN DISTRICT OF WASHINGTON

6                                        )
                                         )
7   IN RE: HANFORD NUCLEAR               )        NO.    CV-91-3015-WFN
    RESERVATION LITIGATION,              )
8                                        )        ORDER DISMISSING PLAINTIFF
                                         )        SHIRLEY J. HOOTON'S CLAIMS
9                                        )        WITH PREJUDICE
                                         )
10  _____ )

11          This matter having come before the Court on the parties' agreed Motion, and after due

12  consideration,

13          **IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed August 19, 2011,

14  **ECF No. 2810**, is **GRANTED**.  The claims of Plaintiff Shirley J. Hooton a/k/a Shirley

15  Hooton are **DISMISSED WITH PREJUDICE**.

16          The District Court Executive is directed to file this Order and provide copies to

17  counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F.

18  Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

19          **DATED** this 1st day of September, 2011.

20

21                                               s/ Wm. Fremming Nielsen
                                        _____
22  08-22-11                                     WM. FREMMING NIELSEN
                                        SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

26

ORDER DISMISSING PLAINTIFF SHIRLEY J.
HOOTON'S CLAIMS WITH PREJUDICE