1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF WASHINGTON

6                                          )
                                           )        NO.    CV-91-3015-WFN
7    IN RE: HANFORD NUCLEAR                )
     RESERVATION LITIGATION,               )
8                                          )        ORDER DISMISSING PLAINTIFF
                                           )        LANNETT MARIE OLSEN'S
9                                          )        CLAIMS WITH PREJUDICE
                                           )
10   ──────────────────────────────────────

11        This matter having come before the Court on the Plaintiffs' Motion, and after due

12   consideration,

13        **IT IS ORDERED** that the Plaintiffs' Motion to Dismiss, filed August 30 ,2011, **ECF**

14   **No. 2818**, is **GRANTED**.  The  claims of Plaintiff Lannett Marie Olsen are **DISMISSED**

15   **WITH PREJUDICE**.

16        The District Court Executive is directed to file this Order and provide copies to

17   counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F.

18   Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

19        **DATED** this 6th day of September, 2011.

20

21                                          s/ Wm. Fremming Nielsen
                                          ─────────────────────────────
22   09-06-11                               WM. FREMMING NIELSEN
                                          SENIOR UNITED STATES DISTRICT JUDGE
23

24

25

26

ORDER DISMISSING PLAINTIFF
LANNETT MARIE OLSEN'S
CLAIMS WITH PREJUDICE