UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' Agreed Motion, and after due consideration,

**IT IS ORDERED** that:

1. The parties' Agreed Motion to Dismiss, filed October 10, 2011, **ECF No. 2843**, is **GRANTED**.

2. The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Iris Adams | Sonny Jack Cook |
| Patricia Alexander | Richard Crigler a/k/a Richard R. Crigler |
| Lenord Donald Anderson | May R. Davis |
| Daniel W. Bardes | Samuel J. Davis |
| Sherry Bateman | Diana K. DeSoto |
| Ethel M. Blomberg | Collene E. Dunbar |
| Kaaren Brodesser | Alvin D. Edens |
| Roselyn G. Bryant | Bonita Engum |
| Shirley Carlisle | Gerald Haakon Filan |
| Melvin C. Carlson | Haakon Filan |
| Robert N. Carlson, Sr. | Mariana Foliart |

| | | |
|---|---|---|
| 1 | Roberta Franks | Barbara Metcalf |
| 2 | Clifford J. Frazier | Beverly Jane Myers |
| 3 | Maryanne Freeman | Jan Nastasi |
| 4 | Joretta A. Heath | Ted A. Neth |
| 5 | Karl Heg | Ivah H. Nordquist |
| 6 | Lorna Henrie | Brenda Oertwich |
| 7 | Edwardo Hernandez | Barbara Olberding |
| 8 | Caren Heron | Donna Olson |
| 9 | Donna Herrin | Kathleen Parker |
| 10 | Ferna Hicks | Carol Sue Perkins |
| 11 | Eve L. Hoffer | Ann Pope |
| 12 | Alfred Holden | Alma June Post |
| 13 | Delores Holden | Dorothy Powell |
| 14 | Candis Houser | Jeanette Powell |
| 15 | Doranne Houston | Betty I. Ray |
| 16 | Dewey Hunt | Virginia Lee Rhoads, |
| 17 | Andrea Jacobson | Sandi Richardson |
| 18 | Jeni Jenson | Nora Ellen Robinett |
| 19 | Z. Lorretta Kelley | Carol Roen |
| 20 | Marita Kemp | Deborah Rothery a/k/a Deborah E. Rothery |
| 21 | Ava Sue Kerr | Angeline Rowin |
| 22 | Darrell Key | Cindy Royce |
| 23 | Patricia Kinzig | Katherine Royer |
| 24 | Janice Larson | Nadine Russell |
| 25 | Cynthia Lucas | Warren Rust |
| 26 | Beverly Lund | Margie Schoessler |
| | Juliet Mathews | Lowell Severns |
| | James McCurry | Nancy L. Shelton, |
| | Paul Meshke | Doris Sitzman |
ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 2

| | |
|---|---|
| Arlene Steffen | Betty Tate |
| Maryland Stephens | Kathleen Van Valin |
| Audrey Stewart | Dora Walden |
| Michael Stout | T.R. Walden |
| Loren Tabasinske a/k/a | C.J. Wilson, |
| Loren R. Tabasinske | Mildred A. Wrinkle, |

3. Court staff could not locate the following Plaintiffs listed in Exhibit A to the Agreed Motion in the docket. Counsel is requested to verify the names and cross reference the docket with their records.

    (a) Judi C. Anderson

    (b) Viola Rose Prickett

    (c) Marlys Williams Alchin

4. It appears that the following Plaintiffs are known under names in the docket other than those listed in Exhibit A. According to the docket, Mary Lou Schut Ribail is Mary Lou Schut and Lana Edmiston is Lana Emiston. Counsel shall notify the Court if the names in the docket are incorrect. If so, the Court will correct the names prior to dismissing the Plaintiffs.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, and Richelle A. Hendrix.

**DATED** this _____ day of October, 2011.

10-13-11

                s/ Wm. Fremming Nielsen
                WM. FREMMING NIELSEN
                SENIOR UNITED STATES DISTRICT JUDGE