UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE |

Pending before the Court are the parties' Agreed Motions to Dismiss With Prejudice Plaintiffs' Claims Listed On Attached Exhibit A (ECF Nos. 2887 and 2890). The Court has reviewed the file and the Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Agreed Motion to Dismiss, filed January 3, 2012, **ECF No. 2887**, is **GRANTED**. The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Alexander, Dora D | Andrus, Jocelyn A |
| Arnold, Kathy N. | Baker, William A. |
| Ballou, Dixie | Becker, Donna M. |
| Bieren, Barbara A. | Biggs, Sandra L. |
| Birdsell, Dale | Blackwell, Leslie |
| Boldt, Terry D. | Butler, John R. |
| Caldwell, Marvin D. | Cashatt, Maureen J. |

| | | |
|---|---|---|
| 1 | Cassels, Kristine H. | Clark, Elva L. |
| 2 | Cline, Candace E. | Corrado, Jerry |
| 3 | Davis, Evelyn L. | Denton, Yvonne A. |
| 4 | Dohrman, Judith A. | Dozal, Diane |
| 5 | Fairchild, Gayle M. | Gates, Patricia M. |
| 6 | Grounds, Sherrill L. | Hall, Joan Gunnell |
| 7 | Hall, Sharon | Hardy, Evelyn K. |
| 8 | Isom, David A. | Jimerson, Shirley |
| 9 | Johanson, Marilyn A. | Keene, Betty S. |
| 10 | Kime, Donna | Krug, Pamela Corrado |
| 11 | Kruger, Jean Leslie | Lawrence, Donna L. |
| 12 | Maden, Mildred I. | Malnar, Carol A. |
| 13 | McCurry, Victoria C. | McDowell, Nancy Jo |
| 14 | Milam, Virginia A. | Mills, Sue Jackson |
| 15 | Parlette, Jean L. | Peters, Nowita Y. |
| 16 | Phelps, A.D. (Arthur) | Pruett, Dorothy G. |
| 17 | Rea, Carol Ann | Russell, Rita R. |
| 18 | Schiebel, Brian R. | Schultz, Marjorie Lynn |
| 19 | Shoemaker, Lillian E. | Slape, Leota F. |
| 20 | Smith, Nancy Jean | Snyder, Jeannie Y |
| 21 | Strahsburg, Lois A. | Thielen, Jay W. (Sr.) |
| 22 | Thomas, Connie D. | Tinder, Gloria D. |
| 23 | Weaver, Brenda G. | Wikum, Marsha G. |
| 24 | Wooley, Carol A. | Wyrick, Beverlee J. |

25      2. It appears that the following Plaintiffs are known under names in the docket other
26 than those listed in Exhibit A as follows.

ORDER DISMISSING PLAINTIFFS'
CLAIMS WITH PREJUDICE - 2

| Names as Listed in Exhibit A | Names as Listed in Docket |
|---|---|
| Broberg, Jennifer | Broberg, Jennifer A. |
| Browning (Towne-Stephens), Carol J. | Browning, Carol J. |
| Chambers, Shirley E. | Chambers, Shirley |
| Connell, Kathleen | Connell, Kathleen M. |
| Connolly, Janice | Connolly, Janice E. |
| Cordell, Julia | Cordell, Julia M. |
| Daltoso, Marguerite | Daltsoto, Marguerite |
| Hudemann, Jay E. | Hudemann, Jay A. |
| Jones (Ebel), Karen A | Jones, Karen A. |
| Jurji, Judith | Jurji, Judith A. |
| Krinke, Carol | Krinke, Carol M. |
| Marsh (Neal), Patricia L. | Neal, Patricia L. alias Marsh, Patricia L. |
| Miller (Beardsley), Victoria Johnson | Miller, Victoria Johnson |
| Miller, Lois | Miller, Lois C. |
| Pollock (Petty), Connie J. | Petty, Connie J. alias Pollock, Connie J. |
| Sahlmann (Bowman), Janice R. | Sahlmann, Janice R. |
| Spromberg-Restad, Alison | Spromberg-Restad, Alison G. |
| Thompson, Mary E. | Thompson, Marye E. |
| Trimble, Glenn | Trimble, Glenn E. |
| Veelle (Henderson), Beverly Darlene | Veelle, B. Darlene |

Counsel shall notify the Court if the names in the docket are incorrect. If so, the Court will correct the names prior to dismissing the Plaintiffs.

3. The parties' Agreed Motion to Dismiss, filed January 4, 2012, **ECF No. 2890**, is **GRANTED**. The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:

ORDER DISMISSING PLAINTIFFS'
CLAIMS WITH PREJUDICE - 3

| | |
|---|---|
| Comeaux, Cathy | Dalton, Sharon M. |
| Emry, Miriam T. | Harper, Carole L. |
| Hinrichsen, Anita J. | Jones, Diane E. |
| Mensinger, Karen R. | Morrison, Teresa M. |
| Williams, Jean E. | |

4. It appears that the following Plaintiffs are known under names in the docket other than those listed in Exhibit A as follows.

| Names as Listed in Exhibit A | Names as Listed in Docket |
|---|---|
| Peacock, Mary | Peacock, Mary E. |
| Phinney, G. Margaret | Phinney, Margaret |
| Shannon, Arlene R. | Shannon, R. Arlene |

Counsel shall notify the Court if the names in the docket are incorrect. If so, the Court will correct the names prior to dismissing the Plaintiffs.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Noreen L. Wynne, Marylin F. Mlnarik, Frederick W. Nelson, Richelle A. Hendrix, Katherine N. Plager, Elaine Maria Rey, and Martha J. McNeely.

**DATED** this 10th day of January, 2012.

01-04-12

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE