UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.  CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE |

Before the Court is the parties Agreed Motion To Dismiss With Prejudice Plaintiffs' Claims Listed On Attachment A (ECF No. 2924). The Court has reviewed the file and the Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Agreed Motion To Dismiss With Prejudice Plaintiffs' Claims Listed On Attachment A, filed February 1, 2012, **ECF No. 2924**, is **GRANTED**.

2. The claims of the following Plaintiffs, listed in Exhibit A of **ECF No. 2924**, are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Andrews, Ann L. | Baker, Louis B. |
| Berrey, Wayne E. | Bockstruck, Delores A. |
| Breazeal, Rose | Bruce, Esther Ann |
| Carey, Gail L. | Chandler, Virginia L. |
| Cook, Margaret L. | Cosgrove, Michael G. |
| Craig, Doris J. | Eccles, Stan |
| Erbes, James R. | Gallegos, Pattie J. |
| Gannon, Sharon M. | Graham, Raymond |

| | | |
|---|---|---|
| 1 | Haag, Rosalie G. | Markee, Barbara E. |
| 2 | Heider, Iris C. | Hofer, Barbara Ann |
| 3 | Howard, Judith C. | Irwin, Jackie E. |
| 4 | Johnston, Susan C. | Loper, Janice M. |
| 5 | Marlow, Darrell L. | Marsh, Judith Pauline |
| 6 | Marshall, Nina D. | Meigs, James C. |
| 7 | Miner, David C. | Minor, Sharon L. |
| 8 | Murphy, Leslie E. | Nacke, Carolyn E. |
| 9 | Olson, Loretta | Owen, Daniel L. |
| 10 | Oxford, Sunni M. | Pack, Angelena |
| 11 | Petersen, Sunetta | Pugsley, Debra G. |
| 12 | Reinsch, Patricia A. | Rinker, Florence M. |
| 13 | Roath, Nancy A. | Rohlfing, Patricia A. |
| 14 | Rossano, Alina Louise | Schoenrock, Sandra |
| 15 | Schott, Hanna | Schulke, Phyllis |
| 16 | Sicilia, Connie | Simmelink, Mary L. |
| 17 | Tomkins, Jessica J. | Wardlow, Beverly H. |
| 18 | Ziegler, Patricia D. | |

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

**DATED** this 7th day of February, 2012.

02-03-12

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE