1
2
3
4      UNITED STATES DISTRICT COURT
5      EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO. CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE |

Before the Court is the parties Agreed Motion To Dismiss With Prejudice Plaintiffs' Claims Listed On Attachment A (ECF No. 2929). In the Motion, Mr. Eymann notes that Plaintiff Joan M. Schwisow was improperly terminated from this case in 2004 because of a clerical error and should now be correctly terminated. The Court has reviewed the file and the Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Agreed Motion To Dismiss With Prejudice Plaintiffs' Claims Listed On Attachment A, filed February 1, 2012, **ECF No. 2929**, is **GRANTED**.

2. The claims of the following Plaintiffs, listed in Exhibit A, **ECF No. 2929-1**, are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Abraham, Joan C. | Baunsgard, Camilla (PR James Baunsgard) |
| Beauvais, Maryal Rosetta (individually only) | Bredemeier, Kay Marie (individually only) |
| Benson, Bertha Ann | Brooks Sr., Kevin E. |
| Browning, Jerry R. | Butler, Virginia |
| Calder, Ellen | Carlson, Grace Emma |
| Cordish, Dana C. | Dahle, Donna |

| | | |
|---|---|---|
| 1 | Dale, Kathy | Davis, Sharon Rae |
| 2 | Dawson, Jolie | Denbo, Rose M. Balderston |
| 3 | Grimmett, Martha D. | Hayes, Jill (individually only) |
| 4 | Heehn, Ann Louise Fisher | Jenson, Linda K. (individually only) |
| 5 | Johnson, Christine | Keane, Sean |
| 6 | Kenmille, Evangeline Patrice | Kinzer, Madlynn |
| 7 | Knutson, Romayne A. (PR Patricia A. Knutson) | |
| 8 | Krohn, Carole J. | Lee, Marcia L. |
| 9 | Littlebear, Janice Devore | Looney, Doris M. |
| 10 | Maberry, Marie Ann (individually only) | |
| 11 | Malone, Betty Ann | Martin, Ida M. |
| 12 | McCarton, Mary Pat | Monahan, Dorothy |
| 13 | Moon, Joyce | Moore, Gary |
| 14 | Newby, Sandra | Nielsen, Risa |
| 15 | O'Brien, Barbara (individually only) | Oien, Roger (PR Marilyn Bjornsen) |
| 16 | Olson, Terry Lee | Parker, Hope (PR Jerald Parker) |
| 17 | Parker, Sr. Ronald D. | Phelan, Rosella M. |
| 18 | Reagan, Marlene | Regan, Margaret |
| 19 | Rennick, Daniel | Richardson, Pauline Lucille |
| 20 | Roeder, Ketsy Sanders | Ross, Marianne |
| 21 | Schilperoort, Donald R. | Schwisow, Joan M. |
| 22 | Shepard, Paul D. | Snader, Nena |
| 23 | Tamburello, Charles | Tamburello, Pete |
| 24 | Vanover-Blakely, Denise D. | Watson, Richard L. |
| 25 | Wegelben, Dawn D. | Wilkinson-Orvik, Mary A. |
| 26 | Yarbrough, Lynn Susan | Zuniga, Juanita |

ORDER DISMISSING PLAINTIFFS'
CLAIMS WITH PREJUDICE - 2

|   |   |
|---|---|
| 1 | The District Court Executive is directed to file this Order and provide copies to |
| 2 | counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, |
| 3 | Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine |
| 4 | Maria Rey, and Noreen L. Wynne. |

**DATED** this 9th day of February, 2012.

```
                                    s/ Wm. Fremming Nielsen
                                    WM. FREMMING NIELSEN
02-08-12                            SENIOR UNITED STATES DISTRICT JUDGE
```