UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO. CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE |

Before the Court is the parties Agreed Motion To Dismiss With Prejudice Plaintiffs' Claims Listed On Attachment A (ECF No. 2943). The Court has reviewed the file and the Agreed Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Agreed Motion To Dismiss With Prejudice Plaintiffs' Claims Listed On Attachment A, filed February 13, 2012, **ECF No. 2943**, is **GRANTED**.

2. The claims of the following Plaintiffs, listed in Exhibit A of **ECF No. 2943**, are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Barker, Jean F. | Beamer, Jerry |
| Burke, Kerri L. | Carbonato, Beverly J. |
| Loran, Peggy J. | Martin, Beverly L. |
| McAffee, Allan C. | Nelson, Margaret G. |
| Novinger, James K. | Potter, Joanne |
| Shirts, Leta | Wallace, JoeAnn |
| Wilkinson, Barbara L. | |

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

**DATED** this 27th day of February, 2012.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

02-23-12-1