UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO. CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFF RUTH M. MACINTYRE'S CLAIMS WITH PREJUDICE |

Before the Court is the parties' Agreed Motion To Dismiss With Prejudice Plaintiff Ruth M. MacIntyre's Claims (ECF No. 2971). The Court has reviewed the file and the Agreed Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Agreed Motion To Dismiss With Prejudice Plaintiff Ruth M. MacIntyre's Claims, filed March 8, 2012, **ECF No. 2971**, is **GRANTED**.

2. Ruth M. MacIntyre's claims are **DISMISSED WITH PREJUDICE**:

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

**DATED** this 14th day of March, 2012.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

03-13-12