UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN <br><br> ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed March 29, 2012, **ECF No. 2993**, is **GRANTED**.  The  claims of the following plaintiffs are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Bailey, Patricia | McCandless, Deborah |
| Black, Robert | Musser, Janice |
| Browning, Laurlynn | Neeley, Melanie |
| Dillon, Wyoma | Nelson, Donna |
| Elliott, Sr., James M. | Pettey, Doris |
| a/k/a James Elliot Sr. | Pettit, Barbara |
| Flaiz, Carleen | Quinn, Ruth |
| Flores-Saavedra, Maria G. | Rezendes, Rhondi R. |
| a/k/a Maria Flores-Saavedra | a/k/a Rhondi Rezendes |
| Hickman, Cathy | Riechman, Mary |
| Klavano, Merle | Rigby, June D. a/k/a June Rigby |
| Kroll, Berniece | Stone, Ludie |

1  The District Court Executive is directed to file this Order and provide copies to
2  counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix,
3  Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine
4  Maria Rey, and Noreen L. Wynne.

**DATED** this 4th day of April, 2012.

                                               s/ Wm. Fremming Nielsen
                                               WM. FREMMING NIELSEN
04-04-12                                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 2