1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

8
9
10
11
12

IN RE: HANFORD NUCLEAR
RESERVATION LITIGATION,

)
)
)
)
)
)
)
)
)

NO.   CV-91-3015-WFN

ORDER DISMISSING PLAINTIFFS
FRED MATTHIES AND
DOROTHY MOORE'S CLAIMS
WITH PREJUDICE

13    This matter having come before the Court on the parties' agreed Motion, and after due

14 consideration,

15    **IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed April 6, 2012,

16 **ECF No. 2999**, is **GRANTED**.  The  claims of Plaintiffs **FRED MATTHIES** and

17 **DOROTHY MOORE** are **DISMISSED WITH PREJUDICE**.

18    The District Court Executive is directed to file this Order and provide copies to

19 counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix,

20 Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine

21 Maria Rey, and Noreen L. Wynne.

22    **DATED** this 19th day of April, 2012.

23

24

25    04-19-12-2

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

26