UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING CARLETTA TAYLOR'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed April 12, 2012, **ECF No. 3006**, is **GRANTED**.  The claims of Plaintiff **CARLETTA TAYLOR** are **DISMISSED WITH PREJUDICE**,

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

**DATED** this 19th day of April, 2012.

04-19-12-1

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF
CARLETTA TAYLOR'S
CLAIMS WITH PREJUDICE