1
2
3
4
5              UNITED STATES DISTRICT COURT
6              EASTERN DISTRICT OF WASHINGTON

7  IN RE: HANFORD NUCLEAR            )   NO.   CV-91-3015-WFN
   RESERVATION LITIGATION,           )
8                                    )   ORDER DISMISSING CERTAIN
                                     )   PLAINTIFFS' CLAIMS WITH
9                                    )   PREJUDICE
                                     )
10 ─────────────────────────────

11      This matter having come before the Court on the parties' agreed Motion, and after due
12 consideration,

13      **IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed May 10, 2012,
14 **ECF No. 3016**, is **GRANTED**.  The claims of the following Plaintiffs are **DISMISSED**
15 **WITH PREJUDICE**: Juanita Huxoll, Carolyn June McDonald, Tylene Schmidt (and PR
16 Valerie Hiller), Alice Joyce Shea, and Harold Lyle Worum.

17      The District Court Executive is directed to file this Order and provide copies to
18 counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix,
19 Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine
20 Maria Rey, and Noreen L. Wynne.

21      **DATED** this 16th day of May, 2012.

22
23                                    s/ Wm. Fremming Nielsen
                                    ─────────────────────────
                                       WM. FREMMING NIELSEN
24 05-16-12-1                       SENIOR UNITED STATES DISTRICT JUDGE
25
26

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE