UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.  CV-91-3015-WFN<br>CV-03-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that:

1. The Plaintiffs' Motion to Dismiss, filed May 24, 2012, **ECF No. 3024**, is **GRANTED** as to Terry Lee Collier and Sharon McInnis and **RESERVED** as to Betty Lovitt.

2. The claims of Plaintiff Terry Lee Collier and Sharon McInnis are **DISMISSED WITH PREJUDICE**.

3. Counsel shall provide documentation that Brenda Warren is the personal representative for Betty Lovitt. According to the docket, Brenda Wood is the personal representative for Betty Lovitt.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 1

1     **DATED** this 6th day of June, 2012.

3                                             s/ Wm. Fremming Nielsen

4   06-05-12-1                           WM. FREMMING NIELSEN
                                            SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 2