UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING CLAIMS OF PLAINTIFF FAY AMMANN WITH PREJUDICE |

This matter having come before the Court on the parties' Stipulation for Voluntary Dismissal by Plaintiff Fay Ammann, and after due consideration,

**IT IS ORDERED** that the parties' Stipulation for Voluntary Dismissal, filed July 23, 2012, **ECF No. 3058**, is **GRANTED**. The claims of Plaintiff Fay Ammann are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

**DATED** this 26th day of July, 2012.

              s/ Wm. Fremming Nielsen
              WM. FREMMING NIELSEN
              SENIOR UNITED STATES DISTRICT JUDGE

07-25-12-2

ORDER DISMISSING CLAIMS OF PLAINTIFF
FAY AMMANN WITH PREJUDICE