## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN <br><br> ORDER DISMISSING CLAIMS OF PLAINTIFF CALVIN POST WITH PREJUDICE |

This matter having come before the Court on the parties' Stipulation for Voluntary Dismissal by Plaintiff Calvin Post, and after due consideration,

**IT IS ORDERED** that the parties' Stipulation for Voluntary Dismissal, filed July 23, 2012, **ECF No. 3059**, is **GRANTED**. The claims of Plaintiff Calvin Post are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

**DATED** this 26th day of July, 2012.

07-25-12-2

                                        s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
                                SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CLAIMS OF PLAINTIFF CALVIN POST WITH PREJUDICE