UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION | ) No. CV-91-3015-WFN<br>)<br>) **ORDER GRANTING MOTION FOR**<br>) **DISMISSAL OF CERTAIN**<br>) **PLAINTIFFS WITH PREJUDICE**<br>)<br>) |

    Pending before the Court is Plaintiffs' Motion for Dismissal With Prejudice of Certain Plaintiffs.

    **IT IS ORDERED** that the Plaintiffs' Motion to Dismiss, filed July 26, 2012, **ECF No. 3065**, is **GRANTED**. The claims of the Plaintiffs in Exhibit A of this Order are **DISMISSED WITH PREJUDICE**.

    The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne

    DATED this 4th day of September, 2012.

                                 s/ Wm. Fremming Nielsen
                                 WM. FREMMING NIELSEN
                               Senior United States District Judge

ORDER GRANTING DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS - 1

# EXHIBIT A

The following Plaintiffs are **DISMISSED WITH PREJUDICE** from this action:

Armstrong, Rebecca J.

Becker, Judith, by P.R. Roberta Buch

Boyd, Virginia

Brian, Joan, by P.R. Lawson G. Brian III

Cottrell, Louis, by P.R. Glen Myers

Cottrell, James, by P.R. Glen Myers

Crum, Jessie, by P.R. Evelyn Turek

Dille, Marilyn Louise

Durkin, Madeline C.

Eldrige, Richard

Gibson, Betty L.

Graham, Beverly Jean

Groth, Doris E.

Henderson, Nancy C.

Hills, Helen, by P.R. Georgine Woolcock

Morris, Jessie James, by P.R. James Morris

Preuninger, Marian, by P.R. Nancy Hoven

Riggs, Joanne G., by P.R. Kathleen Seward

Rolfe, June Truth

Schwinof, Marilyn

Smith, Charlotte M., by P.R. Becky Leventis

ORDER GRANTING DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS 2

1. Soltysik, Dora May
2. Stamback, Margaret
3. Swyneburg, Patricia E
4. Tietze, Dorothy, by P.R. Kathleen Bogen
5. Wood, Albert F., by P.R. Terry M. Wood
6. Wright, Marlene June, by P.R. Duane L. Wright

ORDER GRANTING DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS 3