1
2
3
4
5        UNITED STATES DISTRICT COURT
6        EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed November 30, 2012, **ECF No. 3143**, is **GRANTED**.  The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Fleming, Sandra J. | Neal, Joyce A. |
| Fletcher, Joseph M. | O'Black, Mary J. |
| Gaines, Susan Parks | Payne, Judith Ann Dalberg |
| Harris, Sandy | Staehling, Eva L. |
| Hinton, Judy M. | Stockdale, Roderick A. |
| Jones, Rowen C. | Watters, Don C. |
| Kleweno, Daphne Diane | |

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

1    **DATED** this 4th day of December, 2012.

2

3                                          s/ Wm. Fremming Nielsen
                                          WM. FREMMING NIELSEN
4    12-04-12                             SENIOR UNITED STATES DISTRICT JUDGE