UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: HANFORD NUCLEAR RESERVATION LITIGATION,

NO.   CV-91-3015-WFN

ORDER DISMISSING PLAINTIFFS EMILIO J. BUTTICE, REBECCA J. MOTT, AND CONNIE WAGNER'S CLAIMS WITH PREJUDICE

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed January 4, 2013, **ECF No. 3154**, is **GRANTED**. The claims of Plaintiffs Emilio J. Buttice, Rebecca J. Mott, and Connie Wagner are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

**DATED** this 7th day of January, 2013.

01-07-13

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE