1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |  |
|---|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | ) ) ) ) ) ) ) ) ) | NO.    CV-91-3015-WFN ORDER DISMISSING CERTAIN PLAINTIFF'S CLAIMS WITH PREJUDICE |

13    This matter having come before the Court on the parties' agreed Motion, and after due

14  consideration,

15    **IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed January 29, 2013,

16  **ECF No. 3168**, is **GRANTED**.  The claims of Plaintiffs **Judith Fields, Joanne A. Martin,**

17  **Izetta Paulson, Betty Pinza, and Gary S. Wilson** are **DISMISSED WITH PREJUDICE**.

18    The District Court Executive is directed to file this Order and provide copies

19  to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A.

20  Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney,

21  Katherine N. Plager, Elaine Maria Rey, and Noreen L. Wynne.

22    **DATED** this 29th day of January, 2013.

23

24                                                    s/ Wm. Fremming Nielsen

25  01-29-13-2                                   WM. FREMMING NIELSEN
                                                    SENIOR UNITED STATES DISTRICT JUDGE

26

ORDER DISMISSING CERTAIN PLAINTIFF'S
CLAIMS WITH PREJUDICE