UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed January 31, 2013, **ECF No. 3172**, is **GRANTED**. The claims of Plaintiffs Elsa V. Brody, Victor Michael Day, Carol Rose Gray, and Myrna L. Hutchison are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey and Noreen L. Wynne.

**DATED** this 4th day of February, 2013.

02-04-13

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE