UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN |
|  | ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed January 15, 2013, **ECF No. 3158**, is **GRANTED**.  The claims of the Plaintiffs listed in Exhibit A attached are **DISMISSED WITH PREJUDICE.**  The Court has modified the names, mostly adding middle names or initials, to match those found in the docket.  If the Court has dismissed a Plaintiff in error, counsel shall notify the Court of the error so that it may be rectified.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey and Noreen L. Wynne.

**DATED** this 6th day of February, 2013.

s/ Wm. Fremming Nielsen
_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

02-06-13

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE