UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: HANFORD NUCLEAR RESERVATION LITIGATION,

NO.   CV-91-3015-WFN

ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiff's Motion for Voluntary Dismissal, filed March 6, 2013, **ECF No. 3192**, is **GRANTED**.  The  claims of Plaintiffs **Robert W. Collins, Janice M. Newbill, Bernard Pauly**, and **Charles L. Raines** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey and Noreen L. Wynne.

**DATED** this 11th day of March, 2013.

03-11-13-1

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE