1
2
3
4
5          UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON

7
8   IN RE: HANFORD NUCLEAR              )    NO.   CV-91-3015-WFN
    RESERVATION LITIGATION,             )
9                                       )    ORDER DISMISSING CERTAIN
                                        )    PLAINTIFF'S CLAIMS WITH
10                                      )    PREJUDICE
                                        )
11  _____)

12    This matter having come before the Court on the parties' agreed Motion, and after due
13 consideration,

14    **IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed March 22, 2013,
15 **ECF No. 3210**, is **GRANTED**. The claims of the following Plaintiffs are **DISMISSED**
16 **WITH PREJUDICE:**

17    **BERNADINE BALL**              **JOAN NORDT**
18    **LAUNI J. BARR**               **LADAWN REYNOLDS**
19    **TINA BOOKER**                 **LINDA M. RICHARDSON**
20    **BARBARA CAMERON**             **EVELYN K. STANDLEY**
21    **BETTY JANE CLARK**            **HAZEL ANN TURNER**
22    **DEE DEE WALTERS CLARKE**      **NANCY WILSON**
23    **VADA KOHN**                   **VICTORIA E. SZCZEPKOWSKI**
24    **ROSELLA MOON**

25    The District Court Executive is directed to file this Order and provide copies
26 to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A.

ORDER DISMISSING CERTAIN PLAINTIFFS
CLAIMS WITH PREJUDICE - 1

1  Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney,
2  Katherine N. Plager, Elaine Maria Rey and Noreen L. Wynne.
3      **DATED** this 27th day of March, 2013.
4
5                                           s/ Wm. Fremming Nielsen
                                           WM. FREMMING NIELSEN
6  03-25-13-4                              SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS
CLAIMS WITH PREJUDICE - 2