1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: HANFORD NUCLEAR
RESERVATION LITIGATION,

)
)
)
)
)
)
)
)
)

NO.    CV-91-3015-WFN

ORDER DISMISSING CERTAIN
PLAINTIFF'S CLAIMS WITH
PREJUDICE

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed March 21, 2013, **ECF No. 3209**, is **GRANTED**.  The  claims of Plaintiffs **NEIL E. JOHNSON, KAREN MADDEN-CASPER a/k/a KAREN J. ATWOOD, and CORRINE F. HARTER** are **DISMISSED WITH PREJUDICE**.

The  District  Court  Executive  is  directed  to  file  this  Order  and  provide  copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey and Noreen L. Wynne.

**DATED** this 27th day of March, 2013.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

03-25-13-5

ORDER DISMISSING CERTAIN PLAINTIFF'S
CLAIMS WITH PREJUDICE