UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING PLAINTIFFS JUDITH NELSON AND DOROTHY WINTER'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiff's uncontested Motion, and after due consideration,

**IT IS ORDERED** that Plaintiffs' Motion for Dismissal with Prejudice of Certain Plaintiffs, filed May 2, 2013, **ECF No. 3237**, is **GRANTED**. The claims of Plaintiffs **JUDITH A. NELSON and DOROTHY V. WINTER** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 14th day of May, 2013.

05-13-13-b

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE