UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' Agreed Motion, and after due consideration,

**IT IS ORDERED** that:

1. The parties' Amended Agreed Motion to Dismiss, filed on June 3, 2013, **ECF No. 3268**, is **GRANTED**.  The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE:**

| | |
|---|---|
| Lee Cokley | Deloris Oakes |
| Conny R. DeSpain | Shannon Marie Prichard |
| Gail Drake | Shirley A. Schaefer |
| Robin W. Lowery | Gary M. Wederspahn |
| Sylvia Lowry a/k/a Sylvia Lowry-Felsot | Gary Michael Wills |
| Ned Charles Lumpkin | |

2. The parties' Agreed Motion to Dismiss, filed May 30, 2013, **ECF No. 3264**, is **DENIED AS MOOT**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A.

1  Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney,
2  Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.
3      **DATED** this 4th day of June, 2013.
4
5                                                s/ Wm. Fremming Nielsen
                                       WM. FREMMING NIELSEN
6  06-03-13                                 SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 2