UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN <br><br> ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed June 7, 2013, **ECF No. 3271**, is **GRANTED**. The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:  Eleanor Louise Bingman, Iris Corinne Carter, Gwendolyn Dee Klein, Robert E. Rhodes, and Jeannie A. White-Hubbard a/k/a Jeannie A. Zimmerman.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 18th day of June, 2013.

06-17-13-1

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE