UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO.   CV-91-3015-WFN

ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed June 11, 2013, **ECF No. 3273**, is **GRANTED**.  The  claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE:** Carol J. Derrick, Susanne Y. Fox, Stanton Brad Jones, Douglas S. Matthews, Gaynel Marie Bradford Phillips, and Genevieve Terry Porter.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 18th day of June, 2013.


_____
s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

06-17-13-2

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE