UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO. CV-91-3015-WFN <br><br> ORDER DISMISSING PLAINTIFF THOMAS R. ADAMS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that:

1. The plaintiffs' unopposed Motion to Dismiss, filed June 25, 2013, **ECF No. 3279**, is **GRANTED**. The claims of Plaintiff **Thomas R. Adams** are **DISMISSED WITH PREJUDICE**.

2. Plaintiffs' request to add **Jeannette Adams** is **GRANTED**. The Joint Consolidated Complaint shall be **AMENDED** to include her claims.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 26th day of June, 2013.

06-26-13-1

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF THOMAS R. ADAMS' CLAIMS WITH PREJUDICE