UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed July 16, 2013, **ECF No. 3302**, is **GRANTED**. The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE:**

| | |
|---|---|
| Ione Bramlet | Alice Olson |
| Lois Marie Crow | Pamela Pursel |
| Alonalie Ann Davis | James M. Rogers, Jr. |
| Roger Lawrence | Florence Van Zandt |
| Donna Myers | Linda Widman |

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 22nd day of July, 2013.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

07-22-13-1