UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.  CV-91-3015-WFN <br><br> ORDER DISMISSING PLAINTIFFS JEANNETTE ADAMS AND JENNAFRED A. KELLSTROM'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed July 15, 2013, **ECF No. 3300**, is **GRANTED**. The claims of Plaintiffs JEANETTE ADAMS a/k/a Jannette Adams and JENNAFRED A. KELLSTROM are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 22nd day of July, 2013.

07-22-13-2

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFFS JEANNETTE
ADAMS AND JENNAFRED A. KELLSTROM'S
CLAIMS WITH PREJUDICE