UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING PRO SE PLAINTIFF ZELLA B. NOVOTNEY'S CLAIMS WITHOUT PREJUDICE |

This matter having come before the Court on Ms. Novotney's Motion and after due consideration,

**IT IS ORDERED** that Ms. Novotney's Motion to Dismiss, filed July 26, 2013, **ECF No. 3316**, is **GRANTED**. The claims of *pro se* Plaintiff **Zella B. Novotney** are **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 30th day of July, 2013.

07-30-13-3

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE