1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: HANFORD NUCLEAR
RESERVATION LITIGATION,

)
)
)
)
)
)
)
)
)
)

NO.    CV-91-3015-WFN

ORDER DISMISSING CERTAIN
PLAINTIFFS' CLAIMS WITHOUT
PREJUDICE

11      This matter having come before the Court on Mr. Depew's Motion, and with the signed

12   consent of the named Plaintiffs or their personal representatives, and after due consideration,

13      **IT IS ORDERED** that Mr. Depew's Motion to Dismiss, filed July 25, 2013, **ECF**

14   **No. 3313**, is **GRANTED**.  The  claims of Plaintiffs **Louis Lee Jenkins, Kenneth Parchen**

15   **and Patricia J. Zumwalt** are **DISMISSED WITHOUT PREJUDICE**.

16      The District Court Executive is directed to file this Order and provide copies

17   to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J.

18   McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and

19   Noreen L. Wynne.

20      **DATED** this 30th day of July, 2013.

21

22

23   07-30-13-2

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

ORDER DISMISSING PLAINTIFF ***
CLAIMS WITH PREJUDICE