UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.    CV-91-3015-WFN |
|  | ORDER DISMISSING CERTAIN PLAINTIFFS CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiffs' Motion to Dismiss Certain Plaintiffs' Claims, filed August 22, 2013, **ECF No. 3330**, is **GRANTED**. The following Plaintiffs' claims are hereby dismissed with prejudice:

| | |
|---|---|
| Clodius, Helen Marie | PR: Nancee Hinchliffe |
| Gilbert, William E. | PR: Jon C. Gilbert |
| Hansen, Albert | PR: Nancee Hinchliffe |
| Jackson, Marilyn | |
| Jantz, Carolee Clodius | PR: Nancee Hinchliffe |
| McMurray, Thomas Neal | |
| Pippin, Judith E. | |

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 3rd day of September, 2013.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

08-28-13