UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE: HANFORD NUCLEAR RESERVATION LITIGATION,

NO. CV-91-3015-WFN

ORDER DISMISSING PLAINTIFF JANICE PRATT LAY'S CLAIMS WITH PREJUDICE

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed August 30, 2013, **ECF No. 3333**, is **GRANTED**. The claims of Plaintiff **Janice Pratt Lay a/k/a Janice Lay Lewis** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 3rd day of September, 2013.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

09-03-13