UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed August 12, 2013, **ECF No. 3327**, is **GRANTED**.  The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**: Lola Bravenec, Nancy W. Callaghan, Patricia Davidson, Joanie Johnston, Marie Kastner, Carol D. MaruriLuna, Ruth M. Shafer, Marie Shoemaker, Leslie J. Cooper, and Judy Sawyer.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 4th day of September, 2013.

09-03-13-2

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE