1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFF'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed October 3, 2013, **ECF No. 3340**, is **GRANTED**. The claims of Plaintiffs listed in Exhibits A and B to the Agreed Motion are **DISMISSED WITH PREJUDICE**. The docket lists Plaintiff Rusalyn R. Curley as Rusalyne R. Curley.  The docket has been updated with the accurate names for Joan Clapp and Genevie Henderson.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 7th day of October, 2013.

10-07-13

                     s/ Wm. Fremming Nielsen
                    WM. FREMMING NIELSEN
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFF'S
CLAIMS WITH PREJUDICE