UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiffs' Motion to Dismiss, filed October 17, 2013, **ECF No. 3342**, is **GRANTED**. The claims of those Plaintiffs listed in Exhibit A are **DISMISSED WITH PREJUDICE**. The docket shall be **updated to include** Donna Hagen Malloy as a personal representative for Marybell Hagen.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 5th day of November, 2013.

11-04-13

 s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE  - 1