1
2
3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE HANFORD NUCLEAR
RESERVATION LITIGATION,

No.    CV-91-3015-WFN

ORDER DISMISSING PLAINTIFF
DENNIS HERRON'S CLAIMS WITH
PREJUDICE

This matter having come before the Court on the Plaintiff's Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiff's Motion to Dismiss, filed October 29, 2013, **ECF No. 3353**, is **GRANTED**.   The claims of Plaintiff **DENNIS HERRON** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 5th day of November, 2013.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

11-05-13

ORDER DISMISSING PLAINTIFF DENNIS
HERRON'S CLAIMS WITH PREJUDICE  - 1