UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' Agreed Motion, and after due consideration,

**IT IS ORDERED** that:

1. The parties' Agreed Motion to Dismiss, filed October 29, 2013, **ECF No. 3354**, is **GRANTED**. The claims of the Plaintiffs named in the parties' Motion are **DISMISSED WITH PREJUDICE**.

2. The docket lists the names of the Plaintiffs slightly differently, so Plaintiffs' names shall be updated as follows:

> Patsy Ann Allen a/k/a Patsy Allen
>
> Lea Retta Grace Arbogast a/k/a Learetta Grace Arbogast
>
> Dominic J. Curley a/k/a Domnick J. Curley
>
> Gladys Dilly a/k/a Gladys Dilley
>
> Marilyn Hiatt a/k/a Marilyn L. Hiatt
>
> Mary Lou Schut a/k/a Mary Schutz

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE  - 1

1 **DATED** this 5th day of November, 2013.

4 s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
5 11-05-13-2 SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE  - 2