UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' Agreed Motion, and after due consideration,

**IT IS ORDERED** that:

1. The parties' Agreed Motion to Dismiss, filed November 1, 2013, **ECF No. 3361**, is **GRANTED**.

2. The Court notes that the following Plaintiffs had not been reported deceased and/or list no Personal Representative:

| Faye Anderson | Gerald B. Edwards | Joe Meler |
|---|---|---|
| Karleen Anderson | Robert Lee Ellis | Ladd Sherman |
| Robert L. Brown | Susan Garoutte | Gary Small |
| Frank Brugnone, Jr. | Tom Kosmos | Verna Stout |

Also, Minnick-Hayner is listed as a Special Administrator for the Estates of Mary Louise Albers and Adeline Thompson Schudy.

3. The claims of Plaintiffs named in Exhibit A to this Order are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J.

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 1

McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 13th day of November, 2013.

                                          s/ Wm. Fremming Nielsen
                                          WM. FREMMING NIELSEN
11-12-13                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 2