UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed November 25, 2013, **ECF No. 3382**, is **GRANTED**. The claims of Plaintiffs **JENNETH ANN GABEL, DELORES M. McCULLOCH, HARRIETT ELIZABETH PIERCE** and **CHARLOTTE V. ROMJUE** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh, Beverly M. Utz, and Noreen L. Wynne.

**DATED** this 2nd day of December, 2013.

                                    s/ Wm. Fremming Nielsen
                                   _____
12-02-13                            WM. FREMMING NIELSEN
                                   SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE