1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE HANFORD NUCLEAR
RESERVATION LITIGATION,

No.  CV-91-3015-WFN

ORDER DISMISSING CERTAIN
PLAINTIFFS' CLAIMS WITH
PREJUDICE

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed December 9, 2013, **ECF No. 3396**, is **GRANTED**.  The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Estate of James S Bronson, Sr | Estate of Donna L. Kinman |
| Estate of Lula Brooks | Estate of Thomas McGuire |
| Estate of Elliott Lenhard Burley | Estate of Melva McKinnis |
| Estate of Helen Burley | Estate of Maurice Miner |
| Estate of Carol Byers | Estate of Claude H. Outland |
| Marianne Collins | Estate of Dorothy Peterson |
| Estate of Jack Dillon | Estate of Ronald Eugene Peterson |
| Estate of Verland Fleshman | Estate of Catherine W. Russell |
| Estate of Mary Ella Hill | Estate of LaVelle Sherman |
| Estate of Nathan J. Hoffer | Richard Alan Smith |
| Estate of Kathryn Johnson | Estate of Ruth Smith |
| Estate of Richard Kepplin | Estate of Gerald Sybertz |
| Estate of Kent Kilby | Estate of Marilyn Uhalde |

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 1

1    Estate of Gertrude Urlacher          Estate of Marylou Wilson

2    Estate of Howard West               Estate of Harry E. Winston

3    Estate of Guy F. Willis

4          The District Court Executive is directed to file this Order and provide copies to

5    counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Corrinalyn and Robert Guyette,

6    Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager,

7    Elaine Maria Rey, Beverly M. Utz, and Noreen L. Wynne.

8          **DATED** this 18th day of December, 2013.

9

10                                    s/ Wm. Fremming Nielsen

11    12-18-13-4                       WM. FREMMING NIELSEN
                                SENIOR UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 2