UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE HANFORD NUCLEAR
RESERVATION LITIGATION,

No.    2:91-CV-3015-WFN

ORDER DISMISSING CERTAIN
PLAINTIFFS' CLAIMS WITH
PREJUDICE

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed December 18, 2013, **ECF No. 3400**, is **GRANTED**.  The claims of Plaintiffs **HARRIET ADAIR FUGITT and SUSAN D. WHITNER-CUMMINGS a/k/a SUSAN D. WHITMER-CUMMINGS** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Elathine A. Marlow, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Beverly M. Utz, and Noreen L. Wynne.

**DATED** this 22nd day of January, 2014.


_____
s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

01-21-14-2

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE