UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2:91-CV-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiffs' Motion to Dismiss, filed January 10, 2014, **ECF No. 3415**, is **GRANTED**.  The claims of Plaintiffs **DONNA L. BUCHER and VICTORIA MAESTRETTI** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Elathine A. Marlow, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Beverly M. Utz, and Noreen L. Wynne.

**DATED** this 22nd day of January, 2014.

01-21-14-3

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE