1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IN RE HANFORD NUCLEAR
RESERVATION LITIGATION,

No.    2:CV-91-3015-WFN

ORDER DISMISSING CERTAIN
PLAINTIFFS CLAIMS WITH
PREJUDICE

10      This matter having come before the Court on the parties' agreed Motion, and after
11 due consideration,

12      **IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed January 29,
13 2014, **ECF No. 3428**, is **GRANTED**.   The claims of the following Plaintiffs are
14 **DISMISSED WITH PREJUDICE**:

15      Ross Brown            Diana Malone           Lester York
16      Janice M. Hastings    Sharon McElvain        Charlotte R. McCormick
17      Beverly Higginbotham  Diana Morton           Albert P. Schultz
18      Allen Kelly           Gregory Rheiner        Estelle N. Shannon
19      Wayne Lawrence        Jefferson Romine
20      Elaine LePage         Thomas R. Romine

21      The District Court Executive is directed to file this Order and provide copies to
22 counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Corrinalyn and Robert Guyette,
23 Richelle A. Hendrix, Elathine A. Marlow, Martha J. McNeely, Frederick W. Nelson,
24 Katherine N. Plager, Elaine Maria Rey, Beverly M. Utz, and Noreen L. Wynne.

25      **DATED** this 4th day of February, 2014.

26                          s/ Wm. Fremming Nielsen
27                          _____
                            WM. FREMMING NIELSEN
28  02-04-14-1              SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS
CLAIMS WITH PREJUDICE