UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2:CV-91-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed January 31, 2014, **ECF No. 3429**, is **GRANTED**. The claims of Plaintiffs **SANDRA M. BISHOP, LOIS CAROLYN CAMP, JACQUELINE GALLAWAY, and HELEN GLORIA SACKMAN** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Corrinalyn and Robert Guyette, Richelle A. Hendrix, Elathine A. Marlow, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Beverly M. Utz, and Noreen L. Wynne.

**DATED** this 4th day of February, 2014.

02-04-14

                                        s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
                          SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS CLAIMS WITH PREJUDICE