UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2:91-CV-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed February 28, 2014, **ECF No. 3433**, is **GRANTED**. The claims of Plaintiffs listed in Attachment A are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Plaintiffs Corrinalyn and Robert Guyette, Richelle A. Hendrix, Elathine A. Marlow, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Beverly M. Utz, and Noreen L. Wynne.

**DATED** this 4th day of March, 2014.

03-04-14

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE