1
2
3
4   UNITED STATES DISTRICT COURT
5   EASTERN DISTRICT OF WASHINGTON

6   IN RE HANFORD NUCLEAR           No.   2: 91-CV-3015-WFN
7   RESERVATION LITIGATION,
                                    ORDER DISMISSING CERTAIN
8                                   *PRO SE* PLAINTIFF'S CLAIMS
                                    WITH PREJUDICE
9
10
11

12      Pending before the Court is Defendant's Motion to Dismiss With Prejudice Pursuant
13  to Federal Rule of Civil Procedure 41(b) for *pro se* Plaintiffs Vivian Sue Rey Dickson,
14  Richelle Hendrix, Elathine A. Marlow, Frederick Nelson, Katherine N. Plager, Elaine Rey,
15  Maybelle Sabedra, Ronald E. Utz, Sr., and Noreen Wynne.  ECF No. 3439.  Defendants'
16  briefing accurately depicts the series of orders and deadlines set by the Court for *pro se*
17  Plaintiffs.  The Court warned *pro se* Plaintiffs that failure to meet deadlines and comply
18  with Court orders **would likely** lead to involuntary dismissal with prejudice.  The Court
19  held a status conference specifically to address the *pro se* plaintiffs wherein the Court gave
20  Defendants permission to file a motion to dismiss for failure to prosecute and set deadlines
21  for responding to the Defendants' allegations that the Plaintiffs named in Defendants'
22  Motion failed to comply with this Court's orders and deadlines.  None of the named *pro se*
23  Plaintiffs answered the Defendant's motion.  None have provided the Court with any
24  reason not to grant Defendants' Motion.  Given the complete lack of follow through on the
25  part of each of the named Plaintiffs the Court feels that there is no other option but to
26  dismiss their claims with prejudice.  The Hanford litigation has been pending for decades.
27  Defendants have a strong interest in resolution of the claims which cannot happen if the
28  named Plaintiffs fail to comply with any discovery requirements or Court ordered deadline

ORDER DISMISSING CERTAIN *PRO SE*
PLAINTIFF'S CLAIMS WITH PREJUDICE - 1

of any kind. Though the Court would prefer that the cases be determined on their merits, such a resolution is impossible if the named *pro se* Plaintiffs do not meet even the most basic requests, such as updating interrogatories and medical provider lists—or even, in the case of a few of the named *pro* se Plaintiffs, confirming their legal right to pursue the claims in the first place. The Court has reviewed the file and Defendants' Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendants' Motion to Dismiss With Prejudice Pursuant to Federal Rule of Civil Procedure 41(b), filed March 21, 2014, **ECF No. 3439**, is **GRANTED**.

2. The claims of *pro se* Plaintiffs **Vivian Sue Rey Dickson, Richelle Hendrix, Elathine A. Marlow, Frederick Nelson, Katherine N. Plager, Elaine Maria Rey, Maybelle Sabedra, Ronald E. Utz, Sr., and Noreen L. Wynne** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Corrinalyn and Robert Guyette, Richelle A. Hendrix, Elathine A. Marlow, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Beverly M. Utz, and Noreen L. Wynne.

**DATED** this 15th day of April, 2014.

04-09-14

           s/ Wm. Fremming Nielsen
           WM. FREMMING NIELSEN
           SENIOR UNITED STATES DISTRICT JUDGE