1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No. 2: 91-CV-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |
|---|---|

12  This matter having come before the Court on the parties' agreed Motion, and after
13  due consideration,

14  **IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed May 19, 2014,
15  **ECF No. 3467**, is **GRANTED**.  The claims of Plaintiffs Ethel Mary Burchell, Rheta
16  Foland, Donald Harper, Winnie McLean, Charles Powell, Polly Faye Powell, Betty
17  Prophet, Truman H. Quinn, Benjamin Sorenson, and Della Townsend are **DISMISSED**
18  **WITH PREJUDICE**.

19  The District Court Executive is directed to file this Order and provide copies to
20  counsel and Mediator Gary Bloom.

21  **DATED** this 21st day of May, 2014.

22
23                                          s/ Wm. Fremming Nielsen
24  05-21-14                                WM. FREMMING NIELSEN
25                                          SENIOR UNITED STATES DISTRICT JUDGE
26
27
28