UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 91-CV-3015-WFN<br><br>ORDER DISMISSING PLAINTIFF WALLACE WILLIAMS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiff's Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiff's Motion to Dismiss, filed May 22, 2014, **ECF No. 3469**, is **GRANTED**. The claims of Plaintiff Wallace Williams are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom.

**DATED** this 29th day of May, 2014.

05-27-14

                               s/ Wm. Fremming Nielsen
                               WM. FREMMING NIELSEN
                               SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF WALLACE
WILLIAMS' CLAIMS WITH PREJUDICE