UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 91-CV-3015-WFN<br><br>ORDER GRANTING AGREED MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss Certain Plaintiffs" Claims with Prejudice, filed July 28, 2014, **ECF No. 3484**, is **GRANTED**. The following 48 thyroid cancer claims are **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
| Akins, Teri Eileen | |
| Boyer, William H. | PR:  Anna M. Boyer |
| Brecto, Rene | |
| Brinkman, Charles E. | |
| Burdick, Nancy C. | |
| Burkwist, Eugene W. | PR:  Teresa Hanenburg |
| Cameron, Bonnie J. | |
| Clark, Deborah G. | PR:  Steve Clark |
| Coleman, Robin | PR:  William Coleman |
| Collins, Grace | |
| Corkrum, Donald D. | |
| Cornwell, Shirley M. | |
| Davis, Joanne K. | |

ORDER - 1

| | |
|---|---|
| Dillard, Linda Lee | |
| Druffel-Kuther, Laurel A. | PR:  Robert Kuther |
| Dunham, Nancy | |
| Dyer, Elsworth Clark | PR:  Patricia Magnaghi |
| Eaton, Donna Mae | |
| Frantum, Deanna L. | |
| Funk, Susan K. | |
| Gregory, Francis L. | |
| Hawkes, Vern | PR:  Carol Hawkes Davis |
| Helmick, Sharon Lee | |
| Hiner, Gayle M. | |
| Kibler, James Gail | PR:  James R. Kibler |
| King, Christine | |
| Knight, Bill | PR:  Karen Knight |
| Lewis, Barbara A. | |
| Lindsay, Stephen | PR:  Dorothy Lindsay |
| McCoy, Ginger Keith | |
| Mead, Sheila A. | |
| Moore, Patricia Ann | |
| Murphy, Ann I. | |
| Nielsen, Jerry | |
| Olberding, Dorothy | |
| O'Neil, Jacklyn C. | Note:  Listed as "O'Neal" |
| Rapaich, Eli | PR:  Elaine Rapaich |
| Reich, Karen M. | |
| Schmick, Bruce D. | |
| Senske, Jr., William M. | |
| Skidmore, Lois | |
| Slagle, Daniel Edward | |
| Snyder, Helen D. | PR:  Marsha Hayes |
| Speicher, Terry George | PR:  Shannon Garcia |

ORDER - 2

| Stone, Teresa Marie | |
| --- | --- |
| Templeton, Lloyd | PR: Larry Templeton |
| Van Leuvan, Mae | Note: Listed as "Vanleuvan" |
| Wells, Thomas Everett | |

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiff Martha J. McNeely.

**DATED** this 30th day of July, 2014.

07-30-14

                              s/ Wm. Fremming Nielsen
                             WM. FREMMING NIELSEN
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 3