1
2
3
4                    UNITED STATES DISTRICT COURT
5                    EASTERN DISTRICT OF WASHINGTON

6  | IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 91-CV-3015-WFN
7  |                                               |
8  |                                               | ORDER DISMISSING PLAINTIFF PEGGY L. GETZ'S CLAIMS WITH PREJUDICE
9
10

11
12      This matter having come before the Court on the Plaintiff's uncontested Motion, and after due consideration,
13
14      **IT IS ORDERED** that the Plaintiff's uncontested Motion to Dismiss, filed December 2, 2014, **ECF No. 3513**, is **GRANTED**. The claims of Plaintiff **PEGGY L. GETZ** are **DISMISSED WITH PREJUDICE**.
15
16      The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** Mediator Gary Bloom.
17
18      **DATED** this 4th day of December, 2014.
19
20
21
22                                s/ Wm. Fremming Nielsen
                                  WM. FREMMING NIELSEN
23  12-03-14                      SENIOR UNITED STATES DISTRICT JUDGE
24
25
26
27
28

ORDER DISMISSING PLAINTIFF PEGGY L. GETZ'S CLAIMS WITH PREJUDICE