1
2
3
4       UNITED STATES DISTRICT COURT
5       EASTERN DISTRICT OF WASHINGTON
6
7   IN RE HANFORD NUCLEAR              No.    2: 91-CV-3015-WFN
    RESERVATION LITIGATION,
8                                      ORDER CORRECTING DOCKET
9
10

11          Plaintiffs filed a Motion to Dismiss and Remove Certain Plaintiffs from Court
12  Docket asking that the Court dismiss resolved cases and remove all dismissed Plaintiffs
13  and their personal representatives from the docket.  ECF No. 3498.  While the Court will
14  not remove names from the docket, Plaintiffs' Motion does highlight some corrections that
15  need to be made.  Several of the Plaintiffs listed in the Motion were properly terminated on
16  the docket.  The Court will address only those with errors or discrepancies below.  The
17  Court has reviewed the file and Motion and is fully informed.  Accordingly,
18          **IT IS ORDERED** that:
19          1.  Plaintiffs' to Dismiss and Remove Certain Plaintiffs from Court Docket, filed
20  October 16, 2014, **ECF No. 3498,** is **GRANTED IN PART and DENIED IN PART.**
21          2.  **STANLEY BEN GALLAWAY**:  In the Parties' Agreed Motion to Dismiss
22  With Prejudice All Claims of Certain Plaintiffs, ECF No. 3429, the parties requested that
23  the claims of *Jacqueline Gallaway* be dismissed with prejudice and the Court granted the
24  Motion in the Order at ECF No. 3431. However, the First Amended Appendix to
25  Amended Joint Consolidated Complaint, ECF No. 1360, lists, "Gallaway, Jacqueline for
26  Stanley Ben Gallaway" but does not list Jacqueline Gallaway as a party. The docket shall
27  be **AMENDED** to reflect that Jacqueline Gallaway was not a party, but that she was a
28  personal representative for Stanley Ben Gallaway.   Court orders and Motions that

ORDER CORRECTING DOCKET - 1

erroneously refer to Jacqueline Gallaway as a party shall be construed to reflect that Stanley Ben Gallaway is a party with the personal representative being Jacqueline Gallaway.

3. **DELORIS MILLER OAKES**: From the docket it appears that there are two different Plaintiffs, Deloris Miller and Deloris Oakes. Upon review of the First Amended Appendix to Amended Join Consolidated Complaint, ECF No. 1360, this discrepancy is based on a data entry error. The name is listed as Deloris (Miller) Oakes in the First Amended Appendix. There is no Deloris Miller. Deloris Miller shall be **STRICKEN** from the docket as there is no such person. An a/k/a shall be added for Deloris Oakes as Deloris Miller Oakes. Deloris Oakes was terminated on June 4, 2013.

4. **SHANNON C. RHODES**: An Amended Judgment against Ms. Rhodes was entered on March 7, 2006. The Ninth Circuit affirmed the Court's entry of a defense verdict in In Re HANFORD NUCLEAR RESERVATION LITIGATION, 534 F.3d 986 (9th Cir. 2008). The Docket shall be **AMENDED** to reflect this judgment and show that Ms. Rhodes is a terminated party.

5. **JAMES L. RIGGS**: Mr. Riggs appears to have been added as a Plaintiff in error. The First Amended Appendix reads, "Riggs, James L. for Gladys K. Riggs" which implies he was not a party, but a personal representative. Gladys Riggs was terminated on October 11, 2012 by Order, ECF No. 3120. However, the docket appears to list Mr. Riggs as a party. The docket shall be **AMENDED** to reflect that Mr. Riggs was not a party, but that he was a personal representative for Gladys Riggs.

6. **HILDA J. ROBERTS**: Similarly, the First Amended Appendix reads, "Roberts, Hilda J. for Judith Roberts Becker" but Hilda Roberts appears to have been entered as a party in error rather than solely as a personal representative. The docket shall be **AMENDED** to reflect that Hilda J. Roberts was not a party, but that she was a personal representative for Judith Roberts Becker.

7. **MARY SCHULTZ**: Again, the First Amended Appendix reads, "Kautz, Laverne for Mary Schultz" but Laverne Kautz appears to have been entered as a party as

well as Mary Schultz. Plaintiffs' counsel points to ECF No. 3364 as the Order that dismisses Mary Schultz. However, the Order references Mary Lou Schut a/k/a Mary Schutz. In the current Motion, Plaintiffs also note her name should be corrected to "Schutz." Court staff called counsel to confirm that Mary Schultz is the same person as Mary Lou Schut a/k/a Mary Schutz. She is. The docket shall be **AMENDED** to include an a/k/a for Mary Lou Schut as Mary Schultz and the separate entry for Mary Schultz should be deleted. Additionally, Laverne Kautz should be deleted as a party, but should remain listed as the personal representative for the terminated Plaintiff Mary Lou Schut.

8. **DONNA K. SCHOCKEY**: Ms. Shockey's name was entered incorrectly in the docket. The docket shall be **AMENDED** to read, Donna K. Shockey a/k/a Donna K. Schockey. The docket shall be **UPDATED** to include that Ms. Shockey was terminated by Court Order, ECF No. 2334, on August 13, 2009.

9. **STEVEN H. STANTON**: The Court entered a Judgment in favor of Mr. Stanton on May 19, 2005, ECF No. 1958. The docket shall be **UPDATED** to reflect this disposition and show Mr. Stanton as a terminated party.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 17th day of December, 2014.


12-17-14

_____
s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CORRECTING DOCKET - 3