UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 91-CV-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS CLAIMS WITH PREJUDICE | |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed April 14, 2015, **ECF No. 3553**, is **GRANTED**. The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:

| | | |
|---|---|---|
| Karen Dee Bertsch | Louise Johannes | Daniel B. Myers |
| Ruth E. Brendale | Craig Johnson | Edward J. Myers |
| Loletta Carter | Katherine Grace King | Thomas D. Myers |
| Raymond D. Casebeer | Nelly Kissler | Nona Olsen |
| Sally Jean Coxen | Paulette L. Losh | Dolores Harter Parsons |
| Nora Cruz | Frances Rita Martinez | Norman L. Roff |
| Peggy A. Dudley | James McElrath | Leona R. Standage |
| James Fickas | Maria Carmen Mejia | Mabel Juanita Starkey |
| Tracy Morris Heintz | Larry A. Morse | Judith R. Steward |

The District Court Executive is directed to file this Order, <u>correct the docket as described in Exhibit A to Plaintiff's Motion</u>, and provide copies to counsel.

ORDER DISMISSING CERTAIN PLAINTIFFS - 1

1 **DATED** this 30th day of April, 2015.

04-23-15

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS - 2