UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 91-CV-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS CLAIMS WITHOUT PREJUDICE |

This matter having come before the Court on the Plaintiff's Motion, and after due consideration,

**IT IS ORDERED** that:

1. Plaintiff's Motion for Voluntary Dismissal, filed April 22, 2015, **ECF No. 3554**, is **GRANTED**. The claims of Plaintiffs Betty Bleser, Helen Brown, Mareda Carney, Colleen Crook, Agnes Flores, Esther Gordon, Margaret Ann Harned, Daniel Hilderbrand, Brenda Hobbs, Joyce Holland, Gertrude Hudspeth, June Miller, Viola Payton, Virginia Pease, Terrell Poland, Melody Robertson, and Deloris Roswold are **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's Motion for Amend ECF No. 3554 to Remove Plaintiff Betty Way, filed April 23, 2015, **ECF No. 3556**, is **GRANTED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 5th day of May, 2015.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

05-04-15-3

ORDER DISMISSING CERTAIN PLAINTIFFS