UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 91-CV-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFF'S CLAIMS WITHOUT PREJUDICE |

This matter having come before the Court on the Plaintiff's Motion, and after due consideration,

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal, filed April 30, 2015, **ECF No. 3559**, is **GRANTED**. The claims of Plaintiff James Boyd are **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 7th day of May, 2015.

05-06-15-2

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER