UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.  2: 91-CV-3015-WFN<br><br>ORDER GRANTING AGREED MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

Before the Court is the parties' Agreed Motion to Dismiss Certain Plaintiffs' Claims with Prejudice (ECF No. 3561).  The Court has reviewed the file and the Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Agreed Motion to Dismiss Certain Plaintiffs' Claims with Prejudice, **ECF No.  3561**, is **GRANTED**.

2. The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Anderson, Janiece J. | |
| Bentz, Sharon | |
| Blood, David L. | |
| Campbell, Marlene L. | |
| Chiddister, Jacquelyn | |
| Craig, Glen | PR:  Jean Craig |
| Eager, Charlotte | PR:  Russell Eager |
| Erickson, Carol M. | |
| Fletcher, Patricia Anne | PR:  Phillip Fletcher |
| Fode, Gloria M. | PR:  Clifford Hays |
| Gardner, Paige A. | |

ORDER ON MOTION TO
WITHDRAW AS COUNSEL - 1

| | | |
|---|---|---|
| 1 | Grant, Valinda D. | |
| 2 | Haycraft, Jeanne | |
| 3 | Henderson, Marilyn | |
| 4 | Hilzer, Stella | PR: Allen Hilzer |
| 5 | Johnson, Sharon Gail Tschritter | |
| 6 | Kagele, Patricia Marie | PR: Michele Kiesz |
| 7 | Lathrom, Carla Anne | |
| 8 | Lemasters, Joyce | PR: Tina Murphy |
| 9 | Luiten, Waldo | |
| 10 | Means, Carole E. | |
| 11 | Mills, Jerry D. | PR: Deborah Thorne |
| 12 | Neal-Thompson, Susan | |
| 13 | Ramirez, Walter | PR: Kellsie Trounce |
| 14 | Riley, Jack | PR: Laurie Riley |
| 15 | Ruchert, Darlene J. | |
| 16 | Schepcoff, Bonnie | |
| 17 | Sellars, Bessie E. | PR: Linda Jenson |
| 18 | Stearns, Sara E. | |
| 19 | Stromberger, Arlene | |
| 20 | Tosto, Seville Marie | |

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** Mediator Gary Bloom.

**DATED** this 7th day of May, 2015.

05-06-15-4

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO
WITHDRAW AS COUNSEL - 2