UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2:91-CV-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS GLORIA WISE AND LUTHER BARNES' CLAIMS |

Pending before the Court is Plaintiffs' Motion to Dismiss. ECF No. 3570. Ms. Wise was a Bellwether Plaintiff. Judgment was entered in her favor on May 19, 2005. ECF No. 1957. Plaintiff Luther Barnes asks that his claims be dismissed without prejudice.

**IT IS ORDERED** that the Plaintiffs' Motion to Dismiss, filed May 7, 2015, **ECF No. 3570**, is **GRANTED**. The claims of Plaintiff Gloria Wise are **DISMISSED WITH PREJUDICE**. The claims of Plaintiff Luther Barnes are **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 20th day of May, 2015.

05-14-15

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER