# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 91-CV-3015-WFN<br><br>ORDER DISMISSING PLAINTIFF SHARON LOMAX'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' Agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed June 25, 2015, **ECF No. 3586**, is **GRANTED**.  The claims of Plaintiff **Sharon Lomax** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 14th day of July, 2015.

07-01-15-2

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE