UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 91-CV-3015-WFN<br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiff's unopposed Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiff's unopposed Motion to Dismiss, filed October 1, 2015, **ECF No. 3603**, is **GRANTED**.  The claims of Plaintiff **Ina Harkins Clodius** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 1st day of October, 2015.

10-01-15

       s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE