UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 91-CV-3015-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' Agreed Motion, and after due consideration,

**IT IS ORDERED** that:

1. The parties' Agreed Motion to Dismiss, filed October 8, 2015, **ECF No. 3608**, is **GRANTED**.

2. The claims of the Plaintiffs listed in Exhibit A to the Agreed Motion are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel and to Jay Mullan.

**DATED** this 13th day of October, 2015.

10-08-15

                        s/ Wm. Fremming Nielsen
                        WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE